**STATE of Missouri, Respondent,**

v.

**Anthony E. DAVIS, Appellant.**

**No. WD 67128.**

Missouri Court of Appeals, Western District.

Oct. 30, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

Application for Transfer to Denied Jan. 22, 2008.

Ruth Sanders, Esq., Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Esq., for Respondent.

Before HOLLIGER, P.J., LOWENSTEIN and SMART, JJ.

**ORDER**

PER CURIAM.

Anthony Davis appeals his conviction, after a jury trial, for second degree trafficking. Davis contends the trial court

improperly excluded evidence of drug dealing and prostitution in the area where he was arrested, evidence from which the jury could infer that another individual had the opportunity to commit the crime. As Davis failed to demonstrate a direct connection between the crime and the unknown individual he sought to implicate, the trial court did not abuse its discretion in excluding the evidence. Judgment affirmed. Rule 30.25(b).